B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Corporate Resource Development, Inc. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years**<br>(include married, maiden, and trade names): | **All Other Names used by the Joint Debtor in the last 8 years**<br>(include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**<br>(if more than one, state all):<br>1966 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**<br>(if more than one, state all): |
| **Street Address of Debtor (No. and Street, City, and State):**<br>160 Broadway, 13th Floor<br>New York, New York<br>ZIP CODE 10038 | **Street Address of Joint Debtor (No. and Street, City, and State):**<br>ZIP CODE |
| **County of Residence or of the Principal Place of Business:**<br>New York County | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**<br>ZIP CODE | **Mailing Address of Joint Debtor (if different from street address):**<br>ZIP CODE |
| **Location of Principal Assets of Business Debtor (if different from street address above):**<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Corporate Resource Development, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Corporate Resource Development, Inc. |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (if not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>  _____<br>  (Printed Name of Foreign Representative)<br><br>  _____<br>  Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X *Ronald Gellert*<br>  Signature of Attorney for Debtor(s)<br>  Ronald S. Gellert<br>  Printed Name of Attorney for Debtor(s)<br>  Gellert Scali Busenkell & Brown LLC<br>  Firm Name<br>  913 N. Market Street, 10th Floor<br>  Wilmington, DE 19801<br>  Address<br>  302-425-5806<br>  Telephone Number<br>  07/23/2015<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  _____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  _____<br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br>  J. Scott Victor<br>  Printed Name of Authorized Individual<br>  Chief Restructuring Officer<br>  Title of Authorized Individual<br>  07/23/2015<br>  Date | _____<br>  Address<br><br>X _____<br>  Signature<br><br>  _____<br>  Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

### Schedule 1 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion will be filed contemporaneously herewith requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of Corporate Resource Services, Inc.

1. Corporate Resources Services, Inc.

2. Accountabilities, Inc.

3. Corporate Resource Development Inc.

4. Diamond Staffing Services, Inc.

5. Insurance Overload Services, Inc.

6. Integrated Consulting Services, Inc.

7. The CRS Group, Inc.

8. TS Staffing Services, Inc.

## RESOLUTION OF SOLE DIRECTOR OF
## CORPORATE RESOURCE DEVELOPMENT, INC.

I, John P. Messina, Sr, the undersigned sole Director of Corporate Resource Development, Inc. (the "Company") hereby certifies that, on July 22, 2015, the following resolution was duly adopted by the sole Director of the Company and duly recorded in the minute books of the Company, and that they have not been amended, modified, or rescinded, and accordingly, are in full force and effect as of the date hereof, the undersigned, hereby consent to the following actions and adopt the following resolutions in lieu of a formal meeting of the sole Director (this "**Resolution**"):

**RESOLVED**: That, as set forth in further detail herein, the Company shall be, and hereby is, authorized and empowered to retain on behalf of the Company, J. Scott Victor as Chief Restructuring Officer of the Company, effective on July 23, 2015.  For purposes of this Resolution, the term "**CRO**" shall mean J. Scott Victor, the chief restructuring officer of the Company,

**RESOLVED**: That the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED**: That the CRO shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as the CRO, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by the CRO); (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as the CRO Officer may approve.

**RESOLVED**: That the CRO shall be, and hereby is, authorized and empowered to retain, on behalf of the Company: (a) Gellert Scali Busenkell & Brown LLC, as bankruptcy counsel to the Company; (b) Wilmer Cutler Pickering Hale & Dorr LLP, as special counsel pursuant to 11 U.S.C. § 327(e); (c) Carter Ledyard & Milburn LLP, as special SEC counsel to the Company, (c) SSG Capital Advisors as financial advisors and investment bankers to the Company, (d) Rust Omni LLC as claims agent; and (e) such additional professionals, including attorneys, accountants, consultants, or brokers, in each case as in the CRO's judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as the CRO shall approve.

**RESOLVED**: That (a) the Company shall be and is authorized to enter into, deliver, and perform, and CRO is hereby authorized to execute and deliver, an asset purchase agreement (the "**Asset Purchase Agreement**") with a suitable party that will enable the Company to liquidate substantially all of their assets at the highest and best price, subject to Bankruptcy Court approval

"**Asset Purchase Agreement**") with a suitable party that will enable the Company to liquidate substantially all of their assets at the highest and best price, subject to Bankruptcy Court approval and (b) the sole Director approves in all respects the form, terms, and provision of the Asset Purchase Agreement and the transactions contemplated thereby, and all ancillary documents related thereto, pursuant to sections 105, 363, and 365 of the Bankruptcy Code.

**RESOLVED:** That in addition to the specific authorizations heretofore conferred upon the CRO, the CRO is hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including the appropriate consents or resolutions for each of its wholly-owned subsidiaries; and other documents, and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED:** That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

This Resolution may be executed in one or more counterparts and may be delivered via facsimile or Portable Document Format (PDF), each of which shall be deemed an original and all of which taken together shall constitute one and the same consent.

Dated:  July 22, 2015

John P. Messina, Sr.
Sole Director

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Corporate Resource Development, Inc., | Case No: 15-_____ (____) |
| Debtor. | Joint Administration Requested |

## DEBTORS' LIST OF CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

On the date hereof, the above-captioned debtor and certain affiliated entities (collectively, the "**Debtors**")[1] each filed a voluntary petition in the Court for relief under chapter 11 of title 11 of the United States Code. This list of creditors holding the thirty (30) largest unsecured claims (the "**Top 30 List**") against the Debtors, on a consolidated basis, has been prepared from the Debtors' books and records as of July 22, 2015.

The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims, on a consolidated basis.

The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation, the Debtors' failure to list any claim as contingent, unliquidated, disputed, or subject to a setoff, does not constitute an admission by the Debtors nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resource Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development, Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647). The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.

[2] Certain claims listed herein may be subject to offset, discount, trade credit, or other deductions, which may not be included in the amounts set forth herein. Failure to include such amount in this list shall not constitute a waiver of such right.

Form B4 (Official Form 4) - (12/07)

Corporate Resource Services, Inc.
_____
Debtor                                        Case No. (If known)

### Form 4.   LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

Following is a list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. This list is consolidated for all of the Debtors, but does not mean that all of the Debtors have joint or several liability. This list reflects amounts as of July 22, 2015.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | TS EMPLOYMENT INC. 160 BROADWAY, 15TH FLOOR NEW YORK, NY 10038 | TS EMPLOYMENT INC. 160 BROADWAY, 15TH FLOOR NEW YORK, NY 10038 | VENDOR | | | X | $43,290,036.61 |
| 2 | FRANK VACCARO C/O LOFARO & REISER, LLP ATTN: ERIC D. REISER 20 COURT STREET, SUITE 4 HACKENSACK, NJ 07601 | FRANK VACCARO C/O LOFARO & REISER, LLP ATTN: ERIC D. REISER 20 COURT STREET, SUITE 4 HACKENSACK, NJ 07601 TEL: 201-498-0400 | EMPLOYEE | | | X | $750,000.00 |
| 3 | MARK LEVINE 2881 NE 25TH COURT FORT LAUDERDALE, FL 33301 | MARK LEVINE 2881 NE 25TH COURT FORT LAUDERDALE, FL 33301 | EMPLOYEE | | | X | $469,169.83 |
| 4 | CARL MARKS ADVISORY GROUP LLC 900 THIRD AVENUE - 33RD FLOOR. NEW YORK, NY 10022-4775 | CARL MARKS ADVISORY GROUP LLC 900 THIRD AVENUE - 33RD FLOOR. NEW YORK, NY 10022-4775 | VENDOR | | | | $357,881.78 |
| 5 | CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK, NY 10005 | CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK, NY 10005 | VENDOR | | | | $322,898.12 |
| 6 | NYC DEPARTMENT OF FINANCE PO BOX 3929 NEW YORK, NY 10272-2030 | NYC DEPARTMENT OF FINANCE PO BOX 3929 NEW YORK, NY 10272-2030 | VENDOR | | | | $320,276.27 |
| 7 | VERIZON WIRELESS PO BOX 408 NEWARK, NJ 07101 | VERIZON WIRELESS PO BOX 408 NEWARK, NJ 07101 | VENDOR | | | | $156,599.66 |

Form B4 (Official Form 4) - (12/07)

Corporate Resource Services, Inc.
_____
Debtor                                                              Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 8   CROWE HORWATH LLP<br>P.O. BOX 71570<br>CHICAGO, IL 60694-1570 | CROWE HORWATH LLP<br>P.O. BOX 71570<br>CHICAGO, IL 60694-1570 | VENDOR | | | | $100,000.00 |
| 9   PA DEPARTMENT OF REVENUE | PA DEPARTMENT OF REVENUE | VENDOR | | | | $99,075.43 |
| 10   DELAGE LANDEN 634752<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-4201 | DELAGE LANDEN 634752<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-4201 | VENDOR | | | X | $98,141.20 |
| 11   PRINT MANAGEMENT PARTNERS<br>701 LEE ST., STE.1050<br>DES PLAINES, IL 60016 | PRINT MANAGEMENT PARTNERS<br>701 LEE ST., STE.1050<br>DES PLAINES, IL 60016 | VENDOR | | | | $92,476.98 |
| 12   COMMUNICATIONS ADVERTISING INC<br>2363 DEER CREEK TRAIL<br>DEERFIELD BEACH, FL 33442 | COMMUNICATIONS ADVERTISING INC<br>2363 DEER CREEK TRAIL<br>DEERFIELD BEACH, FL 33442 | VENDOR | | | | $80,686.35 |
| 13   TOWLE DENISON SMITH AND MANISCALCO LLP<br>10866 WILSHIRE BLVD.  STE 600<br>LOS ANGELES, CA 90024 | TOWLE DENISON SMITH AND MANISCALCO LLP<br>10866 WILSHIRE BLVD.  STE 600<br>LOS ANGELES, CA 90024 | VENDOR | | | | $76,851.80 |
| 14   ELLIAS & ELIAS, P.C.<br>33493 FOURTEEN MILE ROAD,<br>SUITE 80<br>FARMINGTON HILLS, MI 48331 | ELLIAS & ELIAS, P.C.<br>33493 FOURTEEN MILE ROAD,<br>SUITE 80<br>FARMINGTON HILLS, MI 48331 | VENDOR | | | | $75,478.09 |
| 15   NASDAQ (STOCK MARKET LLC)<br>C/O WELLS FARGO BANK<br>LOCKBOX #20200 - P.O. BOX 8500<br>PHILADELPHIA, PA 19178-0200 | NASDAQ (STOCK MARKET LLC)<br>C/O WELLS FARGO BANK<br>LOCKBOX #20200 - P.O. BOX 8500<br>PHILADELPHIA, PA 19178-0200 | VENDOR | | | | $73,069.48 |
| 16   GE CAPITAL<br>PO BOX 642333<br>PITTSBURGH, PA 15264-2333 | GE CAPITAL<br>PO BOX 642333<br>PITTSBURGH, PA 15264-2333 | VENDOR | | | X | $66,129.53 |

Form B4 (Official Form 4) - (12/07)

Corporate Resource Services, Inc.
_____                    _____
Debtor                                                                      Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 17  HENRY EWEN<br>1209 TERRACE BLVD.<br>NEW HYDE PARK, NY 11040 | HENRY EWEN<br>1209 TERRACE BLVD.<br>NEW HYDE PARK, NY 11040 | EMPLOYEE | | | | $57,247.58 |
| 18  TIME RACK INC<br>400 E. RINCON STREET<br>SUITE 101<br>CORONA, CA 92879 | TIME RACK INC<br>400 E. RINCON STREET<br>SUITE 101<br>CORONA, CA 92879 | VENDOR | | | X | $52,334.07 |
| 19  LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH 45264-4006 | LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH 45264-4006 | VENDOR | | | X | $48,273.21 |
| 20  MISSOURI DEPARTMENT OF REVENUE<br>TAXATION DIVISION<br>PO BOX 3365<br>JEFFERSON CITY, MO 65105-3365 | MISSOURI DEPARTMENT OF REVENUE<br>TAXATION DIVISION<br>PO BOX 3365<br>JEFFERSON CITY, MO 65105-3365 | VENDOR | | | | $45,576.73 |
| 21  DEPT. OF HOMELAND SECURITY<br>PO BOX 5000<br>WILLISTON, VT 05495-5000 | DEPT. OF HOMELAND SECURITY<br>PO BOX 5000<br>WILLISTON, VT 05495-5000 | VENDOR | | | | $43,750.00 |
| 22  AT&T<br>P.O. BOX 5025<br>CAROL STREAM, IL 60197-5025 | AT&T<br>P.O. BOX 5025<br>CAROL STREAM, IL 60197-5025 | VENDOR | | | | $39,642.27 |
| 23  INTEGRATED SCREENING PARTNERS<br>5316 HWY 290 WEST<br>STE 500<br>AUSTIN, TX 78735 | INTEGRATED SCREENING PARTNERS<br>5316 HWY 290 WEST<br>STE 500<br>AUSTIN, TX 78735 | VENDOR | | | | $36,243.50 |
| 24  BURNS WHITE LLC<br>FOUR NORTHSHORE CENTER<br>106 ISABELLA STREET<br>PITTSBURGH, PA 15212 | BURNS WHITE LLC<br>FOUR NORTHSHORE CENTER<br>106 ISABELLA STREET<br>PITTSBURGH, PA 15212 | VENDOR | | | | $35,580.76 |
| 25  KINSELLA, WEITZMAN, ISER, KUMP<br>& ALDISERT LLP<br>808 WILSHIRE BLVD.  3RD FLOOR<br>SANTA MONICA, CA 90401 | KINSELLA, WEITZMAN, ISER, KUMP<br>& ALDISERT LLP<br>808 WILSHIRE BLVD.  3RD FLOOR<br>SANTA MONICA, CA 90401 | VENDOR | | | | $34,921.65 |

Form B4 (Official Form 4) - (12/07)

Corporate Resource Services, Inc.
_____    _____
Debtor                                                                                              Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 26  OFFICE DEPOT<br>P.O.BOX 633211<br>CINCINNATI, OH 45263-3211 | OFFICE DEPOT<br>P.O.BOX 633211<br>CINCINNATI, OH 45263-3211 | VENDOR | | | | $33,826.89 |
| 27  GAGE CONSULTING LLC<br>9506 HARPENDER WAY<br>TAMPA, FL 33626 | GAGE CONSULTING LLC<br>9506 HARPENDER WAY<br>TAMPA, FL 33626 | VENDOR | | | | $33,333.32 |
| 28  COLER CONSULTING GROUP<br>DBA SCHOOLEY MITCHELL TELECOM<br>10 SUNSET DRIVE<br>CLARK, NJ 07066 | COLER CONSULTING GROUP<br>DBA SCHOOLEY MITCHELL TELECOM<br>10 SUNSET DRIVE<br>CLARK, NJ 07066 | VENDOR | | | | $32,192.00 |
| 29  MAKOVSKY<br>16 EAST 34TH STREET<br>NEW YORK, NY 10016 | MAKOVSKY<br>16 EAST 34TH STREET<br>NEW YORK, NY 10016 | VENDOR | | | | $32,145.00 |
| 30  WHOLESALE SCREENING SOLUTIONS<br>P.O. BOX 2666<br>PURCELLVILLE, VA 20134 | WHOLESALE SCREENING SOLUTIONS<br>P.O. BOX 2666<br>PURCELLVILLE, VA 20134 | VENDOR | | | | $31,184.05 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Corporate Resource Development, Inc., | Case No: 15-_____ (____) |
| Debtor. | Joint Administration Pending |

## DECLARATION REGARDING CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, J. Scott Victor, the undersigned officer of the above-captioned debtor and its affiliated debtors and debtors in possession (collectively, the "Debtors"),[1] declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against the Debtors submitted herewith and that such list is true and correct to the best of my knowledge, information, and belief.

Dated: July 23, 2015

By: _____
Name: J. Scott Victor
Title: Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resource Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647). The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.

## IN THE UNITED STATES BANKUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORPORATE RESOURCE | ) |  |
| DEVELOPMENT, INC.,[1] | ) | Case No. 15-_____ (___) |
|  | ) |  |
| Debtor. | ) | (Joint Administration Requested) |
|  | ) |  |

### STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities that, directly or indirectly, own ten percent or more of the above-captioned debtor's equity interests.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1), Fed. R. Bankr. P. 1007(a)(3) and Fed. Bankr. P. 7007.1 for filing in this Chapter 11 case.

| Holder | Kind of Interest | Percentage of Ownership |
|---|---|---|
| Corporate Resource Services, Inc. | Shares | 100% |
|  |  |  |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resources Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647).  The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Corporate Resource Development, Inc., | Case No: 15-_____ (___) |
| Debtor. | Joint Administration Pending |

## DECLARATION CONCERNING STATEMENT OF CORPORATE OWNERSHIP

I, J. Scott Victor, Chief Restructuring Officer of the above-captioned debtor and its affiliated debtors and debtors in possession (collectively, the "Debtors"),[1] declare under penalty of perjury that I have reviewed the foregoing Statement of Corporate Ownership, Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: July 23, 2015

By: _____
Name: J. Scott Victor
Title: Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resource Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647). The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.